**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Gary Miller | COURT CASE NUMBER: 1:16-CV-02744-RA |
| DEFENDANT: AllHipHop.Com LLC | TYPE OF PROCESS: Writ of Execution |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: JP Morgan Chase Bank, N.A.

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 3 Times Square, New York, NY 10036-6564

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard P. Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580-6111

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

JP Morgan Chase Bank, N.A.
Account Holder/Owner: AHH Holdings, LLC (Parent Co. of AllHipHop.Com LLC)
Account Type: Checking Account
EIN: 26-1227209

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 516-233-1660
DATE: 3/20/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: P1 | District of Origin No. 054 | District to Serve No. 054 | Signature of Authorized USMS Deputy or Clerk | Date: 3/28/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Wendy Andrade - Personal Banker

Date of Service: 3/29/17  Time: 10:38 am

Signature of U.S. Marshal or Deputy: #4416

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | $5.99 | | $70.99 | | |

I hereby certify and return that on May 9, 2017, I received a check from Chase Bank, in the amount of $35,844.03 representing funds for case number 16 Civ. 2744

Judgment Partially Satisfied
Dated: New York, NY
May 24, 2017

Michael Greco
United States Marshal

By: Allison Honeymar
Deputy United States Marshal

**THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

16-2744-1 ✓

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____          DOCKET NO. *16-CV-02744-RA*

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of *AllHipHop.com LLC*

in your district you cause to be made the sum of *Thirty-Eight Thousand* dollars and *Zero* cents, ($*38,000*)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, *Gary Miller and Counsel for Gary Miller*

recovered against the said *AllHipHop.com LLC*

in an action between *Gary Miller*

PLAINTIFF and *AllHipHop.com LLC*

DEFENDANT, in favor of said *Gary Miller*

as appears by the record filed in the Clerk's Office of said District Court on the *Eleventh* day of *October*, in the year of *2016*

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Colleen McMahon, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the *23rd* day of *March* in the year of our Lord *2017*, and of the Independence of the United States the two hundred *forty first* year.

_____
CLERK

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Gary Miller

-against-

AllHipHop.com LLC
EXECUTION AGAINST PROPERTY

Richard P. Liebowitz, Esq.

Attorney for

Gary Miller

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

Thirty-Eight Thousand _____ Dollars

and ___Zero___ cents,

with interest from the ___Eleventh___

day of ___October___, 2016

besides your fees, etc.

Richard Liebowitz                Attorney

Case 1:16-cv-02744-RA   Document 26   Filed 03/28/17   Page 4 of 5
Case 1:16-cv-02744-RA   Document 24   Filed 10/11/16   Page 1 of 2
Case 1:16-cv-02744-RA   Document 22   Filed 09/19/16   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

GARY MILLER

                *Plaintiff,*

vs.

ALLHIPHOP.COM LLC

                *Defendant.*
---------------------------------------------------------------x

Index No. 16-cv-02744-(RA)

ECF Case

~~PROPOSED~~ DEFAULT JUDGEMENT

RONNIE ABRAMS, United States District Judge:

Plaintiff filed the Complaint in this action on April 12, 2016. On April 14, 2016, the Defendant was served a Summons, Civil Cover Sheet and Complaint through the New York Secretary of State. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to answer by May 5, 2016. On July 11, 2016, the Plaintiff moved for a Certificate of Default from the Clerk of Court, followed by a Motion for Default and a hearing on Order to Show Cause. The Clerk of Court entered default on July 15, 2016, and a hearing was held on October 4, 2016. The Defendant having failed to timely appear and defend itself against the allegations contained in the Complaint is hereby:

    ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; it is

    FURTHER ORDERED that the Defendant violated Section 501 et al. of the Copyright Act;

    FURTHER ORDERED that Defendant shall pay $30,000 in civil penalties for willful copyright infringement; it is

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 11 2016

Case 1:16-cv-02744-RA   Document 26   Filed 03/28/17   Page 5 of 5
Case 1:16-cv-02744-RA   Document 24   Filed 10/11/16   Page 2 of 2
Case 1:16-cv-02744-RA   Document 22   Filed 09/19/16   Page 2 of 2

FURTHER ORDERED that Defendant shall pay $8,000 in Plaintiff's attorney's fees and costs; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court.

SO ORDERED.

Dated: ~~September~~ 11, 2016
New York, NY

Ronnie Abrams
United States District Judge